☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re: *Johnnie Collins*
*Mabel Collins*
Debtors:

Case No.

Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:** (1) *435 Gettysburg Drive*
*Jackson, TN 38305*
(2) *435 Gettysburg Drive*
*Jackson, TN 38305*

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ *55.00* (☑) weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From: Midwest Air Technologies Inc.    **OR** ( ) **DIRECT PAY**

**Debtor(2)** shall pay $ 500.00    ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
☐ **PAYROLL DEDUCTION**    **OR** (☑) **DIRECT PAY**
From:

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☐ YES    ☑ NO
OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**    Monthly Plan Payment:

*None*    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____    $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

*-NONE-*    Amount _____    $ _____

**6. HOME MORTGAGE CLAIMS:** ☑ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

*Carrington Mortgage Service*    ongoing payment begins _____
Approximate arrearage: _____    Interest _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *Amro Music* | *1,000.00* | *10.00* | $*25.00* |
| *Jackson Credit* | *5,200.00* | *10.00* | $*110.00* |
| *Jackson Credit* | *4,200.00* | *10.00* | $*90.00* |
| *Jackson Credit* | *1,550.00* | *10.00* | $*35.00* |
| *Mariner Finance* | *3,400.00* | *10.00* | $*75.00* |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] *Ford Motor Credit adequate protection payment $67.00* | Value of Collateral: 13,500.00 | Rate of Interest 7.00 | Monthly Plan Payment: $270.00 |
|---|---|---|---|

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

*-NONE-*                                     Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| *-NONE-* | Amount: | Rate of Interest | Monthly Plan Payment: $ |
|---|---|---|---|

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

*None*                         ☐ Not provided for  **OR**  ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$9,414.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

*Progressive: Tires*                                 ☑ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

*None*

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ C. Jerome Teel, Jr.*                                           Date *February 18, 2020* .
*C. Jerome Teel, Jr. 016310*
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**                rh